UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.W., a minor, by and through his mother, Jeanie Ulicny,<br><br>               Plaintiff,<br><br>  v.<br><br>ACT, Inc.,<br><br>               Defendant. | Case No. 2:18-cv-03549-PBT |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff M.W., a minor, by and through his mother, Jeanie Ulicny, hereby withdraws his motion for preliminary injunction (Dkt. 2) and dismisses this action with prejudice.

By: */s/ Michael D. Raffaele*
Michael D. Raffaele (PA ID 91615)
Andrew Wollaston (PA ID 322861)
**KERSHENBAUM & RAFFAELE, LLC**
1230 Bryn Mawr, PA 19010
 T: (610) 922-4200
 F: (610) 646-0888
michael@mykidslawyer.com

ATTORNEYS FOR PLAINTIFF

Dated:  September 18, 2018

IT IS SO APPROVED and ORDERED this ____ day of September 2018.

_____
The Honorable Petrese B. Tucker
United States District Court Judge

141269665.1

## CERTIFICATE OF SERVICE

      I caused a copy of the foregoing Notice of Dismissal with Prejudice to be served on counsel for Defendant ACT, Inc., via the Electronic Case Filing system for the Eastern District of Pennsylvania this day.

Dated: September 18, 2018             */s/ Michael D. Raffaele*